NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MATTHEW A. ORTIZ,                    )
                                     )
            Appellant,               )
                                     )
v.                                   )          Case No. 2D19-3990
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____    )

Opinion filed September 2, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Lee
County; Bruce E. Kyle, Judge.

Matthew A. Ortz, pro se.


PER CURIAM.


            Affirmed.


SILBERMAN, LUCAS, and SMITH, JJ., Concur.